**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

September 16, 2014

Judge James E. Klager
County Court At Law #4
Nueces County Courthouse
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. Patsy Perez
District Clerk
901 Leopard St., Suite 313
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. Mark Skurka
District Attorney
901 Leopard Street, Room 205
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. Douglas K. Norman
Assistant District Attorney
901 Leopard, Room 206
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. David Jakubowski
Asst. District Attorney
901 Leopard Street, Room 206
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. Travis W. Berry
Attorney at Law
P.O. Box 6333
Corpus Christi, TX 78466-6333
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-13-00358-CR
Tr.Ct.No. 13-714-4
Style:     THE STATE OF TEXAS v. BONNIE DOWNS

Dear Sir/Madam:

Enclosed please find copy of an order issued by this Court on this date.

Very truly yours,

*Dorian E. Ramirez*

Dorian E. Ramirez, Clerk

DER:ch
Enc.